IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | 23-CR-6189 EAW |
| v. | **INFORMATION** |
| TONY ORLANDO CAMACHO a/k/a ANTHONY CAMACHO, | **Violation:** Title 18, United States Code, Section 2314 |
| Defendant. | |

## COUNT 1
### (Interstate Transportation of Stolen Property)

**The United States Attorney Charges That:**

Beginning on or before January 1, 2021 and including on or about July 25, 2022, in the Western District of New York, and elsewhere, the defendant, **TONY ORLANDO CAMACHO a/k/a ANTHONY CAMACHO**, did unlawfully transport, transmit, and transfer in interstate and foreign commerce, stolen goods, wares, and merchandise of the value of $5,000 or more, knowing that such goods, wares, and merchandise had been stolen, converted, and taken by fraud.

**All in violation of Title 18, United States Code, Section 2314.**

### FIRST FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of Count 1 of this Information, the defendant **TONY ORLANDO CAMACHO a/k/a ANTHONY CAMACHO** shall forfeit to the United States, all his right,

title and interest in any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said violation, including, but not limited to the following:

    a.    one (1) 2021 Toyota Tundra bearing VIN #5TFDY5F15MX035928

**All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).**

DATED:    Rochester, New York, March 26, 2024.

                            TRINI E ROSS, ESQ.
                            United States Attorney

BY:    /s/ NICHOLAS M. TESTANI
                            NICHOLAS M. TESTANI
                            Assistant United States Attorney
                            United States Attorney's Office
                            Western District of New York
                            100 State Street, Suite 500
                            Rochester, New York 14614
                            (585) 399-3986
                            Nicholas.Testani@usdoj.gov