IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

       v.                                   24-CR-6189

TONY ORLANDO CAMACHO a/k/a
ANTHONY CAMACHO,

               Defendant.

_____

## PLEA AGREEMENT

The defendant, TONY ORLANDO CAMACHO a/k/a ANTHONY CAMACHO, and the United States Attorney for the Western District of New York (hereinafter "the government") hereby enter into a plea agreement with the terms and conditions as set out below.

### I.    THE PLEA AND POSSIBLE SENTENCE

1.    The defendant agrees to waive indictment and to plead guilty to a one count Information which charges a violation of Title 18, United States Code, Section 2314 (Transportation of Goods in Stolen Commerce), for which the maximum possible sentence is a term of imprisonment of 10 years, a fine of $250,000, a mandatory $100 special assessment and a term of supervised release of 3 years. The defendant understands that the penalties set forth in this paragraph are the maximum penalties that can be imposed by the Court at sentencing.

2.      The defendant understands that, if it is determined that the defendant has violated any of the terms or conditions of supervised release, the defendant may be required to serve in prison all or part of the term of supervised release, up to 2 years, without credit for time previously served on supervised release.  As a consequence, in the event the defendant is sentenced to the maximum term of incarceration, a prison term imposed for a violation of supervised release may result in the defendant serving a sentence of imprisonment longer than the statutory maximum set forth in ¶ 1 of this agreement.

## II.      ELEMENTS AND FACTUAL BASIS

3.      The defendant understands the nature of the offense set forth in ¶ 1 of this agreement and understands that if this case proceeded to trial, the government would be required to prove beyond a reasonable doubt the following elements of the crime:

    a.    The goods, wares and merchandise were stolen, converted, or taken by fraud;

    b.    The defendant transported, transmitted, or transferred (or caused to be transported or transmitted) property in interstate or foreign commerce;

    c.    At the time of the transportation or transmission, the defendant knew the property was stolen, converted, or taken by fraud; and

    d.    The value of the property was at least $5,000.

## FACTUAL BASIS

4.      The defendant and the government agree to the following facts, which form the basis for the entry of the plea of guilty including relevant conduct:

a.    Beginning on or before January 1, 2021 through and including on or about July 25, 2022, the defendant TONY ORLANDO CAMACHO a/k/a ANTHONY CAMACHO knowingly purchased stolen goods and merchandise from persons that he knew were engaged in unlawful shoplifting (the individuals are commonly referred to as "boosters") from Rochester area retail stores.  Once the goods were stolen, the boosters would bring them to CAMACHO and sell the stolen, new in-box goods to CAMACHO for a fraction of the true retail value.

b.    CAMACHO knew that the goods he purchased from boosters were stolen, converted, or taken by fraud.

c.    After purchasing the stolen goods from the boosters, CAMACHO would thereafter list the stolen goods for sale on eBay using the account Ton.Camac.  The goods were advertised as "New" or "New-In-Box" and priced below retail value, although the price was well in excess of the money CAMACHO had paid the boosters.  Upon selling the items, the stolen merchandise was shipped to buyers, including those located outside the state of New York.

d.    CAMACHO admits and agrees that between January 1, 2021 and July 25, 2022, CAMACHO sold and shipped (or caused to be shipped) between $249,246.33 and $469,246.42 worth of stolen goods through the eBay account Ton.Camac.

## III.    SENTENCING GUIDELINES

5.    The defendant understands that the Court must consider but is not bound by the Sentencing Guidelines (Sentencing Reform Act of 1984).

## BASE OFFENSE LEVEL

6.    The government and the defendant agree that Guidelines § 2B1.1(a)(2) applies to the offense of conviction and provides for a base offense level of 6.

## SPECIFIC OFFENSE CHARACTERISTICS
## U.S.S.G. CHAPTER 2 ADJUSTMENTS

7.      The government and the defendant agree that the following specific offense characteristic does apply:

      a.      The two-level increase pursuant to Guidelines § 2B1.1(b)(4) (offense involved receiving stolen property and the defendant was a person in the business of receiving stolen property).

8.      The government contends that the following specific offense characteristic does also apply:

      a.      The 12-level enhancement pursuant to Guidelines § 2B1.1(b)(1)(G) (the total loss was more than $250,000, specifically, $469,246.42).

The Defendant contends that the loss amount is $249,246.33, which would carry a 10-level enhancement pursuant to Guidelines § 2B1.1(b)(1)(F), and specifically reserves the right to argue this lower figure at sentencing.

## ADJUSTED OFFENSE LEVEL

9.      Based on the foregoing, it is the understanding of the government and the defendant that, if Guidelines § 2B1.1(b)(1)(G) applies, the adjusted offense level for the offense of conviction is 20, and if Guidelines § 2B1.1(b)(1)(F) applies, the adjusted offense level for the offense of conviction is 18.

## ACCEPTANCE OF RESPONSIBILITY

10.     At sentencing, the government agrees not to oppose the recommendation that the Court apply the two (2) level decrease of Guidelines § 3E1.1(a) (acceptance of

responsibility) and further agrees to move the Court to apply the additional one (1) level decrease of Guidelines § 3E1.1(b), which, if Guidelines § 2B1.1(b)(1)(G) applies, would result in a total offense level of 17, and if Guidelines § 2B1.1(b)(1)(F) applies, would result in a total offense level of 15.

## CRIMINAL HISTORY CATEGORY

11.     It is the understanding of the government and the defendant that the defendant's criminal history category is I. The defendant understands that if the defendant is sentenced for, or convicted of, any other charges prior to sentencing in this action the defendant's criminal history category may increase.  The defendant understands that the defendant has no right to withdraw the plea of guilty based on the Court's determination of the defendant's criminal history category.

## ADJUSTMENT FOR ZERO-POINT OFFENDER

12.     It is the understanding of the government and the defendant that the defendant meets the criteria set forth in Guidelines § 4C1.1(a)(1) – (10) (Adjustment for Certain Zero-Point Offenders), and as a result, a two-level downward adjustment applies.  Accordingly, if Guidelines § 2B1.1(b)(1)(G) applies, the adjusted offense level is 15, and if Guidelines § 2B1.1(b)(1)(F) applies, the adjusted offense level is 13.

## GUIDELINES' APPLICATION, CALCULATIONS, AND IMPACT

13.     It is the understanding of the government and the defendant that, if Guidelines § 2B1.1(b)(1)(G) applies, with a total offense level of 15 and criminal history category of I, the defendant's sentencing range would be **a term of imprisonment of 18 to 24 months, a fine of**

**$7,500 to $75,000, and a period of supervised release of 1 to 3 years**. It is the understanding of the government and the defendant that, if Guidelines § 2B1.1(b)(1)(F) applies, with a total offense level of 13 and criminal history category of I, the defendant's sentencing range would be a term of imprisonment of 12 to 18 months, a fine of $5,500 to $55,000, and a period of supervised release of 1 to 3 years. Notwithstanding this, the defendant understands that at sentencing the defendant is subject to the maximum penalties set forth in ¶ 1 of this agreement.

14.     The government and the defendant agree to the correctness of the respective calculations of the Sentencing Guidelines range set forth above if it is determined that either Guidelines § 2B1.1(b)(1)(G) or (F) applies. However, regardless of whether Guidelines § 2B1.1(b)(1)(G) of (F) applies, the government and the defendant reserve the right to recommend a sentence outside the Sentencing Guidelines range. This paragraph reserves the right to the government and the defendant to bring to the attention of the Court all information deemed relevant to a determination of the proper sentence in this action.

15.     The defendant understands that the Court is not bound to accept any Sentencing Guidelines calculations set forth in this agreement and the defendant will not be entitled to withdraw the plea of guilty based on the sentence imposed by the Court.

16.     In the event the Court contemplates any Guidelines adjustments, departures, or calculations different from those agreed to by the parties above, the parties reserve the right to answer any inquiries by the Court concerning the same.

## IV.   STATUTE OF LIMITATIONS

17.    In the event the defendant's plea of guilty is withdrawn, or conviction vacated, either pre- or post-sentence, by way of appeal, motion, post-conviction proceeding, collateral attack or otherwise, the defendant agrees that any charges dismissed pursuant to this agreement shall be automatically reinstated upon motion of the government and further agrees not to assert the statute of limitations as a defense to any federal criminal offense which is not time barred as of the date of this agreement. This waiver shall be effective for a period of six months following the date upon which the withdrawal of the guilty plea or vacating of the conviction becomes final.

## V.   REMOVAL

18.    The defendant represents that he is a citizen of the United States. However, if the defendant is not a citizen of the United States, the defendant understands that, if convicted, the defendant may be removed from the United States, denied citizenship, and denied admission to the United States in the future.

## VI.   GOVERNMENT RIGHTS AND OBLIGATIONS

19.    The defendant understands that the government has reserved the right to:

a.    provide to the Probation Office and the Court all the information and evidence in its possession that the government deems relevant concerning the defendant's background, character and involvement in the offense charged, the circumstances surrounding the charge and the defendant's criminal history;

b.    respond at sentencing to any statements made by the defendant or on the defendant's behalf that are inconsistent with the information and evidence available to the government;

    c.    advocate for a specific sentence consistent with the terms of this agreement including the amount of restitution and/or a fine and the method of payment;

    d.    modify its position with respect to any sentencing recommendation or sentencing factor under the Guidelines including criminal history category, in the event that subsequent to this agreement the government receives previously unknown information, including conduct and statements by the defendant subsequent to this agreement, regarding the recommendation or factor;

    e.    oppose any application for a downward departure and/or sentence outside the Guidelines range made by the defendant.

20.    At sentencing, the government will move to dismiss the Criminal Complaint pending against the defendant under Magistrate's No. 22-mj-685.

21.    The defendant agrees that any financial records and information provided by the defendant to the Probation Office, before or after sentencing, may be disclosed to the United States Attorney's Office for use in the collection of any unpaid financial obligation.

## VII.    APPEAL RIGHTS

22.    The defendant understands that Title 18, United States Code, Section 3742 affords a defendant a limited right to appeal the sentence imposed. The defendant, however, knowingly waives the right to appeal and collaterally attack any component of a sentence imposed by the Court which falls within or is less than the greater sentencing range for imprisonment, a fine, and supervised release set forth in Section III, ¶ 13, above, a term of imprisonment of 18 to 24 months, a fine of $7,500 to $75,000, and a period of supervised release of 1 to 3 years, notwithstanding the manner in which the Court determines the sentence. In the event of an appeal of the defendant's sentence by the government, the defendant reserves the right to argue the correctness of the defendant's sentence.

23.     The defendant understands that by agreeing not to collaterally attack the sentence, the defendant is waiving the right to challenge the sentence in the event that in the future the defendant becomes aware of previously unknown facts or a change in the law which the defendant believes would justify a decrease in the defendant's sentence.

24.     The government waives its right to appeal any component of a sentence imposed by the Court which falls within or is greater than the lesser sentencing range for imprisonment, a fine and supervised release set forth in Section III, ¶ 13, above, a term of imprisonment of 12 to 18 months, a fine of $5,500 to $55,000, and a period of supervised release of 1 to 3 years, notwithstanding the manner in which the Court determines the sentence. However, in the event of an appeal from the defendant's sentence by the defendant, the government reserves its right to argue the correctness of the defendant's sentence.

## VIII.   FORFEITURE PROVISIONS

25.     As a condition of the plea, the defendant agrees not to contest any forfeiture or abandonment proceeding that has been brought by the United States and agrees to immediately criminally forfeit all of the defendant's right, title and interest to any and all properties which are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), which is in the possession and control of the defendant or the defendant's nominees. That property includes:

**MOTOR VEHICLE:**

a.     one (1) 2021 Toyota Tundra bearing VIN #5TFDY5F15MX035928

26.     The defendant also agrees that the property listed above is properly forfeitable to the United States pursuant to Title 18, United States Code, Section 981(a)(l)(C), and Title

9

28, United States Code, Section 2461(c). The defendant agrees that the above-described property is subject to forfeiture and waives any and all statutory and constitutional rights, including but not limited to time restrictions and notice provisions with respect to the final disposition or forfeiture of the above property. The defendant further agrees to the destruction of the above referenced property.

27.     The defendant agrees that in the event this plea agreement is voided for any reason, the agreement for forfeiture, abandonment and disposition of the motor vehicle survives and shall be given full force and effect.

28.     The defendant further agrees to fully assist the government in the forfeiture of the aforementioned property and to take whatever steps are necessary to pass clear title to the government, including, but not limited to surrender of title and execution of any documents necessary to transfer the defendant's interest in any of the above property to the government, as deemed necessary by the government.

29.     After the acceptance of the defendant's guilty plea, and pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the Court will issue a Preliminary Order of Forfeiture for the property listed above. The defendant hereby waives any right to notice of such Preliminary Order of Forfeiture. The defendant further consents and agrees that the Preliminary Order of Forfeiture and a Final Order of Forfeiture shall issue and become final as to the defendant prior to sentencing and agrees that it shall be made part of the defendant's sentence and included in the judgment pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure. The defendant further agrees to waive any time restrictions or requirements as provided in Title 18, United States Code, Section 983, any notice provisions in Rules 32.2 and 43(a) regarding notice of the forfeiture in the charging

10

instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment.  The defendant knowingly and voluntarily waives his right to any required notice concerning the forfeiture of any of the property forfeited hereunder, including notice set forth in an indictment, information or administrative notice.  The defendant acknowledges that the defendant understands that the forfeiture of property is part of the sentence that may be imposed in this case and waives any failure by the Court to advise the defendant of this, pursuant to Rule 11(b)(1)(J), at the time the guilty plea is accepted. Forfeiture of the defendant's property shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon the defendant in addition to forfeiture.

30.     The defendant knowingly, intelligently, and voluntarily waives his/her right to a jury trial on the forfeiture of the property.  The defendant knowingly, intelligently, and voluntarily waives all constitutional, legal and equitable defenses to the forfeiture of the property in any proceeding, whether constitutional or statutory, including but not limited to, any defenses based on principles of double jeopardy, as to this criminal proceeding or any related civil or administrative proceeding, the Ex Post Facto clause of the Constitution, any applicable statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines.

31.     The defendant further agrees that the forfeiture of the aforementioned property as authorized herein shall not be deemed an alteration of the defendant's sentence.  Forfeiture of the defendant's property shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, any income taxes or any other penalty that the Court may impose upon the defendant in addition to forfeiture and shall survive bankruptcy.

11

## IX.    ABANDONMENT PROVISIONS

32.    The defendant agrees to voluntarily abandon the items listed in Exhibit A and B, attached herein, seized during the criminal investigation associated with this matter and waives any and all rights or interest which the defendant may still possess in said property or for which the defendant may have any claim.  The defendant specifically agrees to voluntarily abandonment of the items listed in Exhibit A and B.

33.    The defendant agrees to waive any time restrictions, requirement, or any other applicable federal law, with respect to the abandonment of this property. The defendant hereby knowingly and voluntarily waives any right, title and interest in the property and agrees not to contest the vesting of title in the government. The defendant further waives the provisions 19 Code of Federal Regulations Part 162 with respect to the abandonment of the items listed in Exhibit A and B and agrees to sign any and all documentation in order to assist the government in facilitating the abandonment of the said property.

34.    The defendant further understands that the government and any law enforcement agency acting on behalf of the government, to wit: the Department of Homeland Security/United States Custom and Border Protection may in its discretion, destroy any of the items listed in Exhibit A and B.

35.    The defendant agrees that in the event this plea agreement is voided for any reason, the agreement for forfeiture, abandonment and disposition of the motor vehicle and the items listed in Exhibit A and B survives and shall be given full force and effect.  The failure of the defendant to forfeit any property as required under this agreement, including the failure

of the defendant to execute any document to accomplish the same on timely notice to do so, may constitute a breach of this agreement.

36.     The defendant agrees that for any reason, in any pleadings before the Court and order issued by the Court, to include but not limited to the Preliminary and/or Final Order of Forfeiture and the Judgment and Commitment, if the government fails to properly identify an item to be forfeited, fails to include any item that is forfeitable under the applicable forfeiture statute in this case or includes a clerical error, the defendant will consent and not oppose any effort by the government to amend, correct or add to the description/list of items subject to forfeiture in this case.  Additionally, to the extent necessary and at the discretion of the United States Attorney's Office, the defendant further agrees in the alternative, to the abandonment or civil forfeiture of any items that were excluded from the original description of items to be forfeited.    Finally, if not specially identified or listed above, the defendant agrees to the abandonment of any and all cellular phones seized by law enforcement in this case.

## X.    TOTAL AGREEMENT AND AFFIRMATIONS

37.     This plea agreement represents the total agreement between the defendant, TONY ORLANDO CAMACHO a/k/a ANTHONY CAMACHO, and the government. There are no promises made by anyone other than those contained in this agreement.  This agreement supersedes any other prior agreements, written or oral, entered into between the government and the defendant.

TRINI E. ROSS
United States Attorney
Western District of New York

BY:

NICHOLAS M. TESTANI
Assistant United States Attorney

Dated:  March 27, 2024

I have read this agreement, which consists of pages 1 through 15.  I have had a full opportunity to discuss this agreement with my attorney, James D. Doyle, Esq.  I agree that it represents the total agreement reached between me and the government.  No promises or representations have been made to me other than what is contained in this agreement.  I understand all of the consequences of my plea of guilty.  I fully agree with the contents of this agreement.  I am signing this agreement voluntarily and of my own free will.

TONY ORLANDO CAMACHO
a/k/a ANTHONY CAMACHO
Defendant

Dated:  March 27, 2024

JAMES D. DOYLE , ESQ.
Attorney for the Defendant

Dated:  March 27, 2024

15

2023090300000201 Line Items

**Exhibit A - Seized October 12, 2022 from
Public Storage, 605 Lee Road, Storage Unit E-40, Rochester, New York**

| | | |
|---|---|---|
| Suboxone (sublingual film) 8mg/2mg (519 ea) | | |
| Craftsman 2 Tool Combo Kit Circular Saw/Drill | 2 | EA |
| Google Nest Audio | 2 | EA |
| Heyday Wireless Earbuds | 1 | EA |
| Calphalon 15 Piece Cutlery Set | 2 | EA |
| Moen Lindor Showerhead 82504 SRN | 1 | EA |
| Moen Caldwell Shower Set 82496EPSAN | 1 | EA |
| Roccat e10 Wireless Headphones | 1 | EA |
| DeWalt 14" Diamond Saw Blade | 4 | EA |
| Skil 7 1/4" Circular Saw | 1 | EA |
| Gray CerroMax Cable 14-2 W/G 600V | 1 | EA |
| Home Decorators 2 Light Semi Flush Mount (1003 421 927) | 1 | EA |
| Home Decorators 2 Light Flush Mount (120 420) | 1 | EA |
| Nutribullet Select 1000 W | 1 | EA |
| Artika Glam Ceiling LED Light Fixture | 1 | EA |
| ThunderBay 2 Cycle Earth Auger Combo Kit | 1 | EA |
| Craftsman 80,000 BTU Diesel & Kerosene Heater | 1 | EA |
| DeWalt 10" Compound Miter Saw | 1 | EA |
| 1220 Golf Calpro Series Hitting Mat | 2 | EA |
| Craftsman 4 Cycle 17" Weed Wacker | 1 | EA |
| Craftsman 3 Gallon Wet/Dry Vac | 1 | EA |
| Home Decorators 5 Lights LED Flush Mount | 1 | EA |
| Craftsman Riding Mower Lift | 1 | EA |
| Craftsman 2 Cycle Blower/Vauum/Mulcher | 1 | EA |
| Keurig K Cafe | 1 | EA |
| Shark Navigator Liftaway DLX | 1 | EA |
| Moen Surie Faucet 87395 SRS | 1 | EA |
| Home Decorators Atherton 1311 3 Light Flush Mount (1003 458 168) | 1 | EA |
| Rigid PowerClear Drain Cleaner | 1 | EA |
| Home Decorators 3 Light Semi Flush Mount (1001 816 797) | 1 | EA |
| Southwire Black Wire 600V | 1 | EA |
| CerroWire 300ft Conductor 14 AWG Stranded | 1 | EA |
| CerroMax 25 Foot Indoor Copper Building Wire | 2 | EA |
| Gray CerroMax Security Cable 500ft | 1 | EA |
| Raycon The Power Speaker Ultra | 1 | EA |
| Husqvarna 450 Rancher Chainsaw | 1 | EA |
| Keurig K Elite | 1 | EA |
| Oster XL Digital Air Fryer | 1 | EA |
| CerroMax 100ft Indoor Copper Building Wire | 3 | EA |
| CerroMax 250ft Indoor Copper Building Wire | 1 | EA |
| Echo Saw CSG-7410 | 1 | EA |
| Breville Juice Fountain Compact | 1 | EA |
| Milwaukee Deep Cut Variable Speed Bandsaw Kit 6232-21 | 1 | EA |
| Milwaukee Sawzall Reciprocating Saw Kit 6519-31 | 1 | EA |
| Husqvarna Rancher Saw 455 | 1 | EA |

| | | |
|---|---|---|
| Husqvarna Rancher Saw 460 | 1 | EA |
| KitchenAid TiltHead Stand Mixer 4.5qt | 1 | EA |
| Milwaukee Handle Dolly | 1 | EA |
| Honda EB2200i Industrial Inverter Generator | 1 | EA |

2023090300000101 Line Items

# Exhibit B-Seized October 12, 2022 from
# 641 Hawks Nest Circle, Rochester, New York

| Item | Qty | Unit |
|---|---|---|
| 2021 Toyota Tundra | 1 | EA |
| Suboxone (sublingual film) 8mg/2mg (25 ea) | 22.1g | |
| Assorted Vintage U.S. Coins, Vintage Foreign Coins, Vintage U.S. Bills, Vintage Canadian Bills, and Vintage Stamps | | |
| Ninja Foodi Deluxe Pressure Cooker | 1 | EA |
| Ninja Foodi Deluxe Air Fryer Oven | 1 | EA |
| Ninja Foodi 2 Basket Air Fryer | 1 | EA |
| Ninja Foodi XL Pro Air Oven | 1 | EA |
| Ninja Foodi Never Dull Premium Knife System | 1 | EA |
| Ninja Foodi System 1200 watts | 1 | EA |
| Ninja Creami | 1 | EA |
| Kitchen Aid cordless hand blender | 2 | EA |
| Kitchen Aid stand mixer 5 qt bowl | 1 | EA |
| Kitchen Aid stand mixer attachment fresh prep slicer/shredder | 1 | EA |
| Kitchen Aid tilt head flex edge beater | 1 | EA |
| Kitchen Aid stand mixer attachment spiralizer | 1 | EA |
| Kitchen Aid stand mixer attachment food grinder | 1 | EA |
| Kitchen Aid hard anodized 10 piece cookware set | 1 | EA |
| Kitchen Aid Pro 600 6 qt | 1 | EA |
| Kitchen Aid Pro 5 Plus 5 qt | 2 | EA |
| Cuisinart Coffee Bar Coffee Grinder | 1 | EA |
| Nespresso Aeroccino 3 | 1 | EA |
| Breville 3X Bluicer | 1 | EA |
| Breville Barista Pro | 1 | EA |
| Barista Bambino | 1 | EA |
| Barista Smart Grinder Pro | 1 | EA |
| Nespresso Vertuo Plus | 1 | EA |
| Cabela's 12 Commercial Grade Vacuum Sealer | 1 | EA |
| Nutribullet Juicer Pro | 1 | EA |
| Sodastream Fizzi | 1 | EA |
| Henckels 14 piece knife set self sharpening block | 1 | EA |
| Schmidt Bros 6 pc knife set w/block | 1 | EA |
| Lenox 65 piece flatware set | 1 | EA |
| Dyson pure replacement filter 360 deg glass Hepa filter | 1 | EA |
| Kidde Firex smoke alarms 4 pack | 1 | EA |
| Fridababy 3 in 1 air purifer & sound machine | 1 | EA |
| Cuisinart 2 qt frozen yogurt & ice cream maker | 1 | EA |
| Moen 82603SRN Adler tub & shower faucet | 1 | EA |
| Coralife LED mini Aqualight 12-18" | 2 | EA |
| Mikasa Highball glasses (set of 4) | 1 | EA |
| Casaluna Supima Sateen sheet set King size | 4 | EA |
| Casaluna linen sheet set | 3 | EA |
| Casaluna Supima Sateen pillowcase set King | 3 | EA |
| Casaluna Supima Sateen pillowcase set standard | 1 | EA |
| Luxion ECO crystal glass set 6 tumblers | 2 | EA |

| | | |
|---|---|---|
| UGG King sized brushed flannel sheet set | 1 | EA |
| Threshold 400 thread ct King size sheet set | 1 | EA |
| Threshold 400 thread ct Queen size sheet set | 1 | EA |
| UGG Novah king blanket | 1 | EA |
| Nautica Home 6 stemless wine glasses | 1 | EA |
| Casaluna Supima Sateen pillowcase set standard | 1 | EA |
| 100 Poker chips | 2 | EA |
| UGG rug 3' x 5' | 2 | EA |
| Gillette fusion 5 razor (8pk) | 10 | EA |
| Gillette Fusion 5 razor (4 pk) | 5 | EA |
| Dust Off compressed air duster 10 oz (2 pk) | 3 | EA |
| Brita 2pk faucet replacement filters | 3 | EA |
| Scosche 300A car jumper power bank | 1 | EA |
| Bushnell 1800 lumen flashlight | 1 | EA |
| Ascent pre workout 11.6 | 2 | EA |
| Swiffer dusters (18 ct) | 1 | EA |
| Venus Gillette razor 1 handle, 2 cartridges | 1 | EA |
| HP Ink cartridge 74/75 | 2 | EA |
| HP ink 564 (3pk) | 1 | EA |
| HP ink 933 (3 pk) | 1 | EA |
| Nutrex Lipo-6 defining gel (4 oz) | 2 | EA |
| Hart 20v 2.0 ah battery charger | 1 | EA |
| Nature Made COQ10 400mg vitamins (40ct) | 2 | EA |
| Waterpik water flosser cordless plus w/4 tips | 1 | EA |
| Prevagen capsules (30 ct) | 2 | EA |
| Crest 3D Whitestrips (28 ct) | 2 | EA |
| Pen & Gear assorted coin wrappers (100 ct) | 1 | EA |
| Narwhal tournament darts 2 gr steel tip | 2 | EA |
| Gorilla dual temp mini glue gun | 1 | EA |
| Gorilla tough & clear mounting tape 1in x 60 in | 1 | EA |
| Gorilla all temp hot glue sticks (30 ct) | 1 | EA |
| Gorilla all temp hot glue sticks (10 ct) | 1 | EA |
| Nicorette gum 4 mg (100 ct) | 3 | EA |
| Nicorette gum 4mg (160 ct) | 2 | EA |
| Nicorette gum 2mg (100 ct) | 1 | EA |
| Cordinate 10 ft extension cord | 1 | EA |
| Merkury metallic watch bank for Apple watch 38/40 mm | 2 | EA |
| Merkury metallic watch bank for Apple watch 42/44 mm | 1 | EA |
| Yeti 20 oz Rambler tumbler w/lid | 1 | EA |
| Metabo HPT 115141M quick connect | 1 | EA |
| Hyper Tough 11 pc inflation accessory kit | 1 | EA |
| JBL Harman tune 220 wireless earbuds | 1 | EA |
| Aeropress Coffee Press 1-3 cup | 1 | EA |
| Heyday wireless earbuds | 1 | EA |
| Tracfone Samsung Galaxy A20 | 1 | EA |

| | | |
|---|---|---|
| Corkpops wine bottle opener | 1 | EA |
| RSVP International Culinary torch | 1 | EA |
| Nautica bras 2 pk 38C | 1 | EA |
| Calvin Klein XL 3/4 zip shirt (mens) | 1 | EA |
| Ralph Lauren XL Green Polo | 1 | EA |
| Ralph Lauren XL striped shirt  short sleeve | 1 | EA |
| Hilfiger XL long sleeve t-shirt | 1 | EA |
| Shop Vac 12 gallon 6 hp, item 1364499 | 1 | EA |
| DeWalt DWS716 compound mitre saw 12 inch | 1 | EA |
| DeWalt DCS361B 7-1/4" cordless sliding compound mitre saw | 1 | EA |
| Ego Power Blower LB 151 | 1 | EA |
| Craftsman 298 pc SAE/metric mechanical tool set | 1 | EA |
| Craftsman 9000 Lumens LED work light tripod | 1 | EA |
| Craftsman 4 drawer tool box | 1 | EA |
| DeWalt DCS368W1 reciprocating saw kit | 1 | EA |
| DeWalt DXH65FAV 65,000 BTU forced air propane heater | 1 | EA |
| DeWalt DWE575 7-1/4" lightweight circular saw | 1 | EA |
| DeWalt DW840 7" medium angle grinder | 1 | EA |
| DeWalt DCD791D2 compact brushless drill driver kit | 1 | EA |
| DeWalt DCF885C2 1/4" impact driver kit | 1 | EA |
| Paslode IM250A-LI2 cordless 16g angled finish nailer | 2 | EA |
| Flex 1/2" 2 speed hammer drill 24v brushless | 3 | EA |
| Flex 7-1/4" circular saw kit | 1 | EA |
| Rigid Fuego compact orbital reciprocating saw | 1 | EA |
| Rigid 1/3 HP sump pump 48 gpm | 1 | EA |
| DeWalt DW511 1/2" hammer drill | 1 | EA |
| DeWalt DWD520 heavy duty 1/2" dual speed hammer drill | 1 | EA |
| DeWalt DDF211022P fastening tool | 2 | EA |
| DeWalt DCF901B 1/2" impact wrench | 2 | EA |
| DeWalt DCD996D2 1/2" brushless hammer drill kit | 1 | EA |
| DeWalt DCS353B oscillating multi tool | 1 | EA |
| DeWalt DCS367 variable speed recriprocating saw | 1 | EA |
| DeWalt DWST14830 Pro Organizer | 1 | EA |
| DeWalt DCF801 & DCD701 12 drill/driver & 1/4 impact driver combo | 1 | EA |
| Makita XRJ04Z 18v LXT lithium ion reciprocating saw | 1 | EA |
| Makita XPH14Z 18v LXT brushless/cordless 1/2" hammer drill driver | 1 | EA |
| Makita BO5041 5" random orbital sander | 1 | EA |
| Makita RT0701C 1-1/4 hp compact router | 1 | EA |
| Grip Rite 6hgf 6oz fasteners 6D 2 inch (12/6oz selling units) | 1 | EA |
| Grip Rite 3f 6oz fasteners 3D 1-1/4" (12/6oz selling units) | 1 | EA |
| Grip Rite 158pbwh panel board nails 1-5/8" (12/6oz selling units) | 1 | EA |
| Grip Rite grf1624m 2" straight finishing nails 4,000 pc | 2 | EA |
| Hyper Tough ts85134a 77 pc electronic repair kit | 1 | EA |
| Hyper Tough ts85007a 7 pc smartphone repair kit | 1 | EA |
| Diablo D0724R3 7-1/4" (3 blade bulk pack) | 2 | EA |

| | | |
|---|---|---|
| Milwaukee 2426-20 M-12 multi tool | 2 | EA |
| Grip Rite ptn3s5 3" exterior screws | 1 | EA |
| Pierce 56388 15deg Professional Siding Nailer | 1 | EA |
| Ramset 10400625 Cobra + semi automatic powdered actuated tool | 1 | EA |
| DeWalt DWST14825 Deep Pro organizer | 1 | EA |
| Dremel 4000-2-30 high performance rotary tool | 1 | EA |
| Dremel 8220-N/30 cordless 12v max high performance rotary tool | 1 | EA |
| X box one Titan Fall 2 video game | 8 | EA |
| PS 5 Watch Dog Legion video game | 5 | EA |
| X box one Watch Dogs Legion video game | 2 | EA |
| Nintendo Switch Cars Driven to Win video game | 3 | EA |
| X box one NBA 2K20 video game | 1 | EA |
| Nintendo Switch Super Mario Party video game | 2 | EA |
| Nintendo Switch Rayman Legends video game | 2 | EA |
| Nintendo Switch Sushi Striker video game | 2 | EA |
| Nintendo Switch NBA2K Playgrounds 2 video game | 1 | EA |
| Nintendo Switch Assassins Creed III video game | 2 | EA |
| Nintendo Switch Sonic Forces video game | 1 | EA |
| Nintendo Switch Scribble Nauts Showdown video game | 1 | EA |
| Scrabble boardgame | 1 | EA |
| Narwhal Bristle dartboard | 1 | EA |
| Ouija board game | 1 | EA |
| Lego Star Wars 75255 Yoda | 1 | EA |
| Lego Star Wars 75291 Death Star Duel | 1 | EA |
| Lego 31099 Creator Airplane | 1 | EA |
| Lego Super Mario 71380 Master Your Adventure Maker Set | 2 | EA |
| Lego The Lego Movie 2 70825 | 1 | EA |
| Lego City 60214 | 3 | EA |
| Lego Super Mario 71390 Expansion Set | 2 | EA |
| Lego Taj Mahal 21056 Architecture | 1 | EA |
| Lego 31099 Creator Airplane | 1 | EA |
| Lego Harry Potter 31201 | 1 | EA |
| Lego City 60245 Police Monster Truck Heist | 1 | EA |
| Lego Friends 41689 Magical Ferris Wheel | 1 | EA |
| Lego Harry Potter 76388 Hogsmeade Village | 1 | EA |
| Lego Technic 42138 Ford Mustang | 1 | EA |
| Lego Speed Champions 76905 Ford GT Heritage | 1 | EA |
| Kodiak puzzles | 2 | EA |
| Chanel Chance 3.4 fl oz | 3 | EA |
| Chanel Chance 1.7 fl oz | 4 | EA |
| Lancome Idole Aura 3.4 fl oz | 2 | EA |
| Polo Ralph Lauren Red 125 ml | 2 | EA |
| Giorgio Armani My Way 1.7 fl oz | 2 | EA |
| Ralph Lauren Romance 3.4 fl oz | 3 | EA |
| Ralph Lauren Beyond Romance 1.7 fl oz | 1 | EA |

| | | |
|---|---|---|
| Ralph Lauren Beyond Romance 1.0 fl oz | 1 | EA |
| Ralph Lauren Blue 2.5 fl oz | 1 | EA |
| Ralph Lauren Blue 1.36 fl oz | 1 | EA |
| Ralph Lauren Polo 2.0 fl oz | 1 | EA |
| Ralph Lauren Polo Black 4.2 fl oz | 1 | EA |
| Dolce & Gabbana garden 8400450 | 1 | EA |
| Dolce & Gabbana Shine 3003950 | 1 | EA |
| Dolce & Gabbana Rose 30700730 | 1 | EA |
| Coach for Men .5 fl oz | 1 | EA |
| Coach Eau De Parfum 1.7 fl oz | 1 | EA |
| Coach Platinum 2.0 fl oz | 1 | EA |
| Coach Dreams 1.3 fl oz | 1 | EA |
| Coach Dreams Sunset 3 fl oz | 1 | EA |
| Yves St Laurent Libre 1.6 fl oz | 2 | EA |
| Chanel Allure 1.7 fl oz | 1 | EA |
| Chanel Allure 3.4 fl oz | 1 | EA |
| Yves St Laurent 2.0 fl oz | 1 | EA |
| Tory Burch Love Relentlessly 1.7 fl oz | 1 | EA |
| Clinique Happy Heart perfume spray 3.4 fl oz | 1 | EA |
| Clinique Happy perfume spray 1.7 fl oz | 1 | EA |
| Mugler Alien Goddess 2.0 fl oz | 1 | EA |
| Mugler Alien eau de parfum 2.0 fl oz | 1 | EA |
| Mugler Angel eau de parfum .8 fl oz | 1 | EA |
| Versace Bright Crystal Absolu 1.7 fl oz | 1 | EA |
| Juicy Coutoure Viva La Juicy Neon 3.4 fl oz | 1 | EA |
| Dolce & Gabbana The Only One 30ml | 1 | EA |
| L' Homme Prada Milano 50 ml | 1 | EA |
| Mr Burberry Indigo 100 ml | 1 | EA |
| Marc Jacobs Daisy 100 ml | 1 | EA |
| Marc Jacobs eau de parfum 30 ml | 1 | EA |
| Marc Jacobs Daisy eau de parfum 75 ml | 1 | EA |
| Si Passione eau de parfum 30 ml | 1 | EA |
| Burberry Brit for Him eau de toilette 100 ml | 1 | EA |
| Acqua di Gio eau de toilette 20 ml | 1 | EA |
| Acqua di Gio eau de toilette 30 ml | 1 | EA |
| Gucci Bloom profumo di fiori 30 ml | 1 | EA |
| CK Everyone eau de toilette 3.3 fl oz | 1 | EA |
| Terra di Gioia eau de perfum 30 ml | 1 | EA |
| Defiant Home Security 1001090328 | 5 | EA |
| Bose Sound link Revolve +II | 1 | EA |
| Bose Home Speaker 300 | 1 | EA |
| JBL Harman Link music | 1 | EA |
| Hyperx Quadcast S Standalone USB | 1 | EA |
| Playstation DualShock 4 | 2 | EA |
| iPad 16 gb md522LL-A | 1 | EA |

| | | |
|---|---|---|
| Galaxy S8+ 5g 128 gb sm-x808U | 1 | EA |
| RCA Venturer 10" tablet RCT6A06Q22 | 1 | EA |
| Sony Extra bass srs-xb23/bc | 1 | EA |
| Great call lively flip 4053sj7 (red) | 1 | EA |
| Munchkin air purifier | 1 | EA |
| JBL Pure Bass zero cables Bluetooth headphones | 1 | EA |
| JBL Endurance peak 2 ii headphones | 1 | EA |
| DeWalt Bluetooth jobsite earphones | 1 | EA |
| HP smart 3 pk 952xl | 1 | EA |
| iPhone 13 promax | 5 | EA |
| iPhone 13 | 4 | EA |
| iPhone 13 pro | 1 | EA |
| iPhone11 | 1 | EA |
| iPhone se | 1 | EA |
| Airpods 3 gen (mme73am-a) | 1 | EA |
| iPod 2 dock mc940zm-a | 1 | EA |
| Applie Iphone blue (no marking on box) | 1 | EA |
| Ring quick release battery | 2 | EA |
| Ring plug in chime | 1 | EA |
| Case Logic usb 10 ft | 1 | EA |
| Hey Dey True wireless buds | 1 | EA |
| Vivitar Air Vibes Bluetooth earphones | 1 | EA |
| Skull Candy Dime 2 earbuds (mini & mighty) | 1 | EA |
| HR+ heart rate and body temperature sensor | 1 | EA |
| Apple iPhone (red, no ox nd charger) | 1 | EA |
| Kindle paperwhite cover | 1 | EA |
| X box one Titanfall 2 | 1 | EA |
| Vicks filtered coolmist humidifier 1.1 gallon | 1 | EA |
| Giant Tiki Target Freaky Tiki | 1 | EA |
| puzzle 1000 piece seesaw | 1 | EA |
| Terry Redlin Buffalo 1000 piece puzzle | 1 | EA |
| Sheffield Home Paper Goods 1000 piece puzzle | 1 | EA |
| U Create sketch book (75 sheets) | 1 | EA |
| Coach driving loafer 6 -1/2 | 1 | EA |
| Strathmore mixed media 9 x 12 (60 pg) | 1 | EA |
| Strathmore sketch 9 x 12 (100 pg) | 2 | EA |
| Sharpie mystic gems (24 ct) | 1 | EA |
| Sharpie Ultimate collection (45 ct) | 1 | EA |
| Bic Round Stic Grip (24 ct) | 2 | EA |
| Bic Cristal xtra smooth | 1 | EA |
| Bic round stic GSM609 | 1 | EA |
| Bic whiteout correction pen | 1 | EA |
| Bic Velocity mechanical pencils (2pk) | 1 | EA |
| Glass Chalk original | 2 | EA |
| Umark dr. paint | 2 | EA |

| | | |
|---|---|---|
| Pentel Arts sign pen (12pc) | 1 | EA |
| Craft Smart Multi-Surface (12pc) | 1 | EA |
| Triplus fineliner (48 pk) | 1 | EA |
| Ecoline brush pen (20 ct) | 1 | EA |
| Galassia glasses (6ct) | 1 | EA |
| Crayola Signature blending markers (16ct) | 1 | EA |
| Prismacolor premier colored pencils (48ct) | 1 | EA |
| Battery Tender 1200 amp jump starter and power station | 2 | EA |
| Milwaukee m18 compact blower 0884-20 | 1 | EA |
| Top Fin Pro Series pro 300 aquarium heater | 2 | EA |
| Milwaukee 4-1/2 (115mm) small angle grinder 6130-33 | 1 | EA |
| Le Creuset Lm 250 lever corkscrew | 1 | EA |
| Cobra floating walkie talkies | 1 | EA |
| enbrighten dual outdoor wifi smart switch | 2 | EA |
| Braun no touch+ forehead thermometer | 1 | EA |
| Braun no touch 3-in-1 thermometer | 1 | EA |
| Le Creuset unique 2 step cork remover | 2 | EA |
| hyper tough electrical tester kit | 2 | EA |
| Kobalt impact wrench max torque 1000ft lb | 1 | EA |
| Delta Cason faucet | 1 | EA |
| Nixplay smart photo frame 13.3 inch black | 1 | EA |
| Epson workforce wf-10 portable printer | 1 | EA |
| Feit electric led grow light 86 watt | 1 | EA |
| Omron blood pressure monitor 10 series | 1 | EA |
| Omron blood pressure monitor 7 series | 1 | EA |
| Phillips sonic care toothbrush model XH6917-79 | 1 | EA |
| Shop Vac 3942303 wet/dry vac | 1 | EA |
| Dyson V II Animal vacuum | 1 | EA |
| Shark Ultra Cyclone pet pro | 1 | EA |
| Dyson Super Sonic hair dryer copper silvei | 1 | EA |
| Sony Ultra HD dvd player UBPx700 | 1 | EA |
| Fluval 407 performance canister filter | 1 | EA |
| TP link decco wifi system ac 1200 | 1 | EA |
| Singer 6600c heavy duty sewing machine | 1 | EA |
| Moen Essie Motion Sense Wave 87014ewsrs | 1 | EA |
| Moen Breckln 82611srn | 2 | EA |
| Moen Graeden 82137srn | 1 | EA |
| Brother sewing and quilting machine sg9285 | 1 | EA |
| Power Speaker Ultra by Raycon | 1 | EA |
| Sony HT-S100F Sound bar | 1 | EA |
| Fluval Aquasky led light | 1 | EA |
| iMac monitor | 1 | EA |
| Vizio v series 2.1 sound bar | 1 | EA |
| Ugg shower curtain | 1 | EA |
| Versace v1969 italia jeans | 1 | EA |

| | | |
|---|---|---|
| Buffalo brand jeans | 1 | EA |
| The North Face rain jacket | 1 | EA |
| International Concept jeans | 1 | EA |
| Polo Ralph Lauren jeans | 1 | EA |
| Home Decor floating book shelf | 1 | EA |
| DeWalt structured heated jacket DCHJ090BD1-L | 1 | EA |
| Bose solo 5 tv sound system | 1 | EA |
| Nautica wine glasses (set of 6) | 1 | EA |
| Diablo 9" saw blades (set of 15) | 1 | EA |
| DeWalt 2ah 20v lithium battery | 2 | EA |
| DeWalt 8ah 20v lithium battery | 1 | EA |
| DeWalt 45 pc tough grip screw driver set | 2 | EA |
| DeWalt 3ah 20v lithium compact battery (2pk) | 1 | EA |
| Klein tools borescope for Android devices | 1 | EA |
| DeWalt tool case+ | 1 | EA |
| LG sound bar s16y | 1 | EA |
| Ibuypower slate mr hard drive | 1 | EA |
| First Alert carbon monoxide alarm C0400B (6pk) | 1 | EA |
| First Alert smoke and carbon monoxide alarm (1039807/306) | 1 | EA |
| Pex 1/2" male adapter (25 pk) | 1 | EA |
| GE dimmer smart switch mode (cswdmb1bwf1nn) | 1 | EA |
| Dewalt 21 piece drill bit set | 1 | EA |
| DeWalt flex torque screwdriving bit set (dwa2ngft35ir) | 1 | EA |
| Sony dvd player (dvp-sr210p) | 1 | EA |
| Intex pillow top head board air mattress queen | 1 | EA |
| Hyperice Hyperbolt 2 percussion massager | 1 | EA |
| Bose surround speaker black 809723-0120 | 1 | EA |
| Intex durabeam air bed twin | 1 | EA |
| Honda mini tiller cultivator FG110 | 1 | EA |
| Cobra Pro handheld drain clean | 1 | EA |
| Echo chain saw CS590 | 1 | EA |
| Yeti Tundra cooler 35 | 1 | EA |
| Coleman camp grill/stove | 1 | EA |
| Craftsman 6 gallon air compressor | 1 | EA |
| Honda gx160 generator | 1 | EA |
| Milwaukee 1" rotary hammer (5262-21) | 1 | EA |
| Craftsman 105 pc mechanical tool set | 1 | EA |
| Lego Star Wars AT -AT model 75313 | 1 | EA |
| Ozark Trail rocking chair | 2 | EA |
| Bose TV speakers (838309-1100) | 3 | EA |
| Bose Smart Sound Bar 300 (843299-1100) | 1 | EA |
| Slumberjack 10 person hybrid dome tent river bend model | 1 | EA |
| Ozark Trail 8 x 6 sun shelter | 1 | EA |
| Echelon Connect Sport Bike (in box) | 1 | EA |
| Echelon Connect Sport Bike (assembled not in box) | 1 | EA |

| | | |
|---|---|---|
| Fathom bicycle (assembled) | 1 | EA |
| Husqvarna 525 rx brush cutter | 1 | EA |
| Ugly stik sighing pole model uscbsp681m 6" 8" | 1 | EA |
| Berkley lighting rod shock 6'6" fishing pole | 1 | EA |
| copper coil 1/4" id x 2 ft type L4379 | 1 | EA |
| Cerromax 50' indoor copper building wire (nm-b83-87b) | 1 | EA |
| Cerromax 50' indoor copper building wire (nn-b14-2) | 2 | EA |
| 50' black msc cable wire | 1 | EA |
| Southwire simpull black cable model es1583 | 1 | EA |
| Utility Tech pro contractor 50 ft 0067439 | 1 | EA |
| Republic wire 10 mtw 500 ft spool | 1 | EA |
| Cerrowire 10 awg stranded 500' spool | 1 | EA |
| Cerrowire 18-4 shielded security cable 500' spool | 1 | EA |
| Southwire 10 stranded thhn 500' wire spool | 1 | EA |
| Republic wire 12 mtw 500 ft spool | 1 | EA |
| Ms. Pac Man stand up arcade console | 1 | EA |